TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00193-CV

Patrick H. Martin, Appellant

v.

Deborah Martin, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NO. C-90-600AA, HONORABLE JACK ROBISON, JUDGE PRESIDING 

PER CURIAM

 Patrick H. Martin filed a notice of appeal April 14, 1998. The clerk's record was
due May 12, 1998. On July 16, 1998, after being notified of the late record, the district clerk
advised the Clerk of this Court that appellant advised her to refrain from preparing the record
because the parties had settled the case. On July 23, 1998, the Clerk of this Court wrote
appellant, advising him that if he intended to pursue this appeal, to so advise the Court and make
payment arrangements for the clerk's record or the appeal would be dismissed. See Tex. R. App.
P. 37.3(b) (if no clerk's record filed due to appellant's fault appeal may be dismissed for want of
prosecution). The letter requested a response by August 3, 1998. All parties have received more
than ten days notice of the proposed dismissal; we have received no response. See Tex. R. App.
P. 42.3. Accordingly, we dismiss the appeal for want of prosecution. See Tex. R. App. P.
42.3(b).

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed for Want of Prosecution

Filed: September 17, 1998

Do Not Publish